UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY,

                Plaintiff,                        Case No. 2:14-cv-10356-DPH-MAR

v.

SILVER PINE IMAGING, L.L.C.,

                Defendant.

_____/

BRUCE K. PAZNER (P39913)
Attorney for Defendant
15200 East Jefferson Avenue, Suite 104
Grosse Pointe Park, MI   48230
(313) 822-2244/FAX:  -6097

_____/

## APPEARANCE

TO:    Clerk of the Court, and
        All Counsel of Record

       NOW COMES attorney, Bruce K. Pazner of BRUCE K. PAZNER, P.C., and hereby

enters his Appearance as attorney on behalf of Defendant, in the above-entitled matter.

                       /s/Bruce K. Pazner_____
                       BRUCE K. PAZNER (P39913)
                       Attorney for Defendant
                       15200 East Jefferson Avenue, Suite 104
                       Grosse Pointe Park, MI   48230
                       (313) 822-2244

Date:  January 30, 2014