UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY,

        Plaintiff,                            Case No. 2:14-cv-10356-DPH-MAR

v.

SILVER PINE IMAGING, L.L.C.,

        Defendant.
_____/

**ORDER FOR EXTENSION
OF TIME TO FILE FIRST RESPONSIVE PLEADINGS**

This matter is brought before the Court upon the Stipulation of the parties and the Court is otherwise duly informed in the premises:

IT IS HEREBY ORDERED that the time by which Defendant, Silver Pine Imaging, L.L.C., is required to file its first responsive pleadings to Plaintiff's Complaint is extended through April 1, 2014.


Dated: February 26, 2014                S/Denise Page Hood
                                                DENISE PAGE HOOD
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ALLSTATE INSURANCE COMPANY,

        Plaintiff,                      Case No. 2:14-cv-10356-DPH-MAR

v.

SILVER PINE IMAGING, L.L.C.,

        Defendant.
_____/

## STIPULATION FOR EXTENSION OF TIME TO FILE FIRST RESPONSIVE PLEADINGS

This matter is brought before the Court upon the Stipulation of the undersigned parties and the Court is otherwise duly informed in the premises:

**IT IS HEREBY STIPULATED AND AGREED** the time by which Defendant, Silver Pine Imaging, L.L.C., is required to file its first responsive pleadings to Plaintiff's Complaint is extended through April 1, 2014.

AGREED AND CONSENTED TO:

Dated: February 20, 2014                SMITH & BRINK, P.C.

                                                                By: /s/Jacquelyn A. McEttrick
                                                                      Jacquelyn A. McEttrick
                                                                      Attorney for Plaintiff


Dated: February 20, 2014                BRUCE K. PAZNER, P.C.

                                                                By: /s/Bruce K. Pazner
                                                                    Bruce K. Pazner
                                                                    Attorney for Defendant